**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 111 EAL 2014
:
               Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v.             :
:
:
:
JAMES BLAKNEY,        :
:
               Petitioner    :


## ORDER


**PER CURIAM**

     **AND NOW**, this 17th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.